UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| COREY P. THOMAS | CIVIL ACTION NO. 16-1593 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JERRY GOODWIN, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Record Document 22) is treated as a motion for summary judgment and is hereby **GRANTED**, dismissing all claims against all Defendants with prejudice for failure to exhaust administrative remedies before filing suit.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 3rd day of April, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT